STATE OF NEW JERSEY v. ARIEL O. RODRIGUEZ.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNOLD FARMER.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE WRIGHT.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM FORD.

June 9, 1987.

Petition for certification denied.